IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TIMOTHY BO REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-087 |
| | ) | |
| SHAWN EMMONS, Warden; TRACY | ) | |
| JEFFERSON, D.W.S.; CHERIE PRICE, | ) | |
| D.W.C.T.; CAPTAIN JONES; KHALILAH | ) | |
| WILLIAMS, Chief Counselor; SENIOR | ) | |
| COUNSELOR PUGH; TIFFANY SAILEM, | ) | |
| Lieutenant; MITZI HALL, D.O.N.; DEANN | ) | |
| MORRIS, H.S.A.; TIMMON, C.E.R.T.; and | ) | |
| FOREMAN, C.E.R.T., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

*Pro se* Plaintiff, an inmate presently incarcerated at Phillips State Prison in Buford, Georgia, filed this pursuant to 42 U.S.C. § 1983 regarding events taking place at Johnson State Prison in Wrightsville, Georgia, and is proceeding *in forma pauperis*. On February 14, 2017, the Court recommended dismissal of this action for failure to state a claim upon which relief could be granted. (Doc. no. 9.) On March 1, 2017, Plaintiff filed a motion to amend which the Court denied as moot because Plaintiff could amend as a matter of right. (Doc. nos. 11, 12.) On March 27, 2017, Plaintiff filed an amended complaint in accordance with the Court's March 2nd Order. (Doc. no. 15.) Because Plaintiff has now filed an amended complaint, the Court

**VACATES** the Report and Recommendation issued on February 14, 2017.  The Court will screen Plaintiff's amended complaint in the regular course of business.

SO ORDERED this 29th day of March, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA