FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR -5 PM 2:47
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TIMOTHY BO REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-087 |
| | ) | |
| TIFFANY SAILEM, Lieutenant; TIMMON, | ) | |
| C.E.R.T.; and FOREMAN, C.E.R.T., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 71.) Nothing in Plaintiff's objections warrants deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Plaintiff's objections; **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion; **GRANTS** Defendants' Motions to Dismiss (doc. nos. 36, 51); **DENIES AS MOOT** Plaintiff's Motion for Reconsideration (doc. no. 59), Motion Showing Violation of Statewide Grievance Procedure (doc. no. 60), Motions to Pursue Discovery (doc. nos. 61, 72), Motion Requesting Status of Case (doc. no. 66), and Motion Requesting Appointment of Counsel (doc. no. 67);

**DISMISSES** this case; and **CLOSES** this civil action.

SO ORDERED this 5th day of March, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE