# United States District Court
## Southern District of Georgia

TIMOTHY BO REESE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 316-087

TIFFANY SAILEM, Lieutenant, et al.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 5, 2018 adopting the Report and Recommendation as the opinion of the Court, that Defendants' Motions to dismiss are granted. Plaintiff's objections are overruled, and all other pending motions are denied as moot. This case stands closed.



| 3/5/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Jamie Hodge*
(By) Deputy Clerk