IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TIMOTHY BO REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-087 |
| | ) | |
| TIFFANY SAILEM, Lieutenant; TIMMON, | ) | |
| C.E.R.T; and FOREMAN, C.E.R.T., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion Requesting Information and Possible Procedure, wherein Plaintiff seeks duplicate copies of all documents in this case and advice on procedure. (Doc. no. 89.) Plaintiff is not entitled to free copies of legal documents. Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . ."); see also Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding *in forma pauperis*, to free copies of court documents, including his own pleadings.").

Further, the Court may not give Plaintiff legal advice. See Mikell v. United States, No. CV 609-065, 2009 WL 3201769, at *1 (S.D. Ga. Oct. 6, 2009) ("Federal courts may not provide legal advice to a pro se litigant, just as they may not provide legal advice to a party represented by an attorney[.]") (citation omitted). However, Plaintiff may obtain copies of documents from

the Clerk of the Court at the standard cost of fifty cents per page. Plaintiff need only send the money and the list of copies he wants directly to the Clerk. Thus, the Court **DENIES** Plaintiff's motion. (Doc. no. 89.)

SO ORDERED this 11th day of March, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA