IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TIMOTHY BO REESE, | * | |
| Plaintiff, | * | |
| v. | * | CV 316-087 |
| TIFFANY SAILEM, Lieutenant; TIMMON, C.E.R.T.; and FOREMAN, C.E.R.T., | * | |
| Defendants. | * | |

## ORDER

Before the Court is Plaintiff Timothy Bo Reese's motion titled "Motion Questions Liability for Replacement of Plaintiffs Legal Materials Illegally destroyed by Defendant Lewis." (Doc. No. 98.) This is Plaintiff's fourth attempt to obtain essentially the same relief, namely, copies of all the documents in this case free of charge. A prisoner is not entitled to free copies of court documents. See Jackson v. Fla. Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012). It is clear from the instant motion that Plaintiff is aware that he may obtain copies of the documents upon the payment of a fee.

Upon consideration, Plaintiff's motion is **DENIED**. The Clerk is **DIRECTED** to accept no further filings from Plaintiff regarding the furnishing of documents in this case.

**ORDER ENTERED** at Augusta, Georgia, this _20_ day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE